UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DIANDRA HECK, | ) |
| *Plaintiff*, | ) Case No. 3:21-cv-158 ) |
| v. | ) Judge Travis R. McDonough ) |
| THE COPPER CELLAR CORPORATION | ) Magistrate Judge Debra C. Poplin ) |
| *Defendant*. | ) ) |

## JUDGMENT ORDER

For the reasons set forth in the accompanying order, this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT